AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
December 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MG CIENEGA__
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Hipolito Medellin RODRIGUEZ | ) Case No. |
| | ) |
| | ) DR:23-M-3447 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 17, 2023__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933 | Trafficking of Firearms |
| 18 U.S.C. 554 | Exportation of Goods from the United States |

This criminal complaint is based on these facts:

Hipolito Medellin RODRIGUEZ was detained at the Eagle Pass Port of Entry on 12/17/2023. During a Post Miranda interview, RODRIGUEZ admitted to trafficking firearms for his cousin in Torreon, Mexico.

☑ Continued on the attached sheet.

_E. [signature]_
*Complainant's signature*

Erendira Vivanco, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/17/2023__

_[signature]_
*Judge's signature*

Joseph Cordova, U.S. Magistrate Judge
*Printed name and title*

City and state: __Del Rio, Texas__

DR:23-M-3447

## ATTACHMENT A

On December 17, 2023, at approximately 1:20 A.M. United States Customs and Border Protection (CBP) Officers working outbound operations at the Camino Real, Bridge II, in Eagle Pass, Texas encountered a silver 2013 Mercedez Benz C-350 with Texas license plates. CBP Officers later identified the driver as Hipolito Medellin Rodriguez (hereinafter RODRIGUEZ). CBP Officers instructed RODRIGUEZ to proceed to secondary inspection for further inspection.

CBP Officers performed a non-intrusive inspection of the vehicle utilizing an x-ray machine and discovered anomalies in the rear quarter panels of the driver side of the vehicle. After a physical inspection, Officers discovered two firearms inside a plastic bag along with three magazines. They were concealed inside of the rear driver side quarter panel of the vehicle.

The firearms were identified as a Browning, Model Buckmark, .22 caliber pistol Serial Number: US515YY19735 and Beretta, 80X Cheetah, .380 caliber pistol Serial Number: Y009775X.

CBP Officers contacted Alcohol Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) Erendira Ninel Vivanco and informed her of the firearms found in the vehicle. ATF TFO Vivanco, ATF Special Agent (SA) Darren Johnson, ATF TFO Jesus Rodriguez interviewed RODRIGUEZ at the Eagle Pass, Texas Port of Entry Camino Real Bridge II.

After advisement of Miranda Rights and Waiver, RODRIGUEZ told ATF that he had been straw purchasing and trafficking firearms for his cousin who lives in Mexico. RODRIGUEZ stated that his cousin would send him money (approximately $2,000 each time) via MoneyGram to purchase firearms.

RODRIGUEZ stated that he did not have a license to export firearms from the United States to Mexico. RODRIGUEZ stated that he is aware that his cousin is unable to purchase firearms in the United States because he is not allowed to enter the country legally since he has an expired visa.

Preliminary examination of the two firearms determined that the firearms were both manufactured outside the state of Texas, and therefore affecting interstate commerce.

_____, December 18, 2023
Erendira Ninel Vivanco,
Task Force Officer
Alcohol Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

_____
Joseph Codova,
United States Magistrate Judge
Western District of Texas